IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SALERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:14cv384-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) To the extent, if any, that petitioner Nathaniel Salery's motion for relief from judgment (Doc. No. 3) is properly brought under Fed.R.Civ.P. 60(b)(6), his motion is denied because it was not filed within a reasonable time pursuant to Fed.R.Civ.P. 60(c)(1) and because the claims in it lack merit.

(2) To the extent, if any, that petitioner Salery's motion (Doc. No. 3) is a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, his motion is denied because he has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

It is further ORDERED that costs are taxed against petitioner Salery, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this 9th day of June, 2014.

                                          <u>/s/ MYRON H. THOMPSON</u>
                                      UNITED STATES DISTRICT JUDGE